IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS EUGENE CUPPLES, JR.**                                       **PETITIONER**
**ADC #500380**

VS.                  CASE NO.: 5:11CV00268 BD

**RAY HOBBS, Director,**
Arkansas Department of Correction                                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Ray Hobbs. Mr. Cupples's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 27th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE